The People of the State of New York, Respondent,
against
Danielle N. Stevens, Appellant.



Appeal from amended judgments of the City Court of Beacon, Dutchess County (Timothy G. Pagones, J.), rendered May 7, 2014. The amended judgments revoked defendant's sentences of two concurrent terms of three years' probation previously imposed by the same court, upon a finding that defendant violated conditions thereof, upon her admission, and imposed sentences of two consecutive terms of one-year incarceration, upon her previous convictions of petit larceny and unauthorized use of a motor vehicle in the third degree.




ORDERED that the appeal is dismissed.
On June 19, 2013, defendant pleaded guilty to petit larceny (Penal Law § 155.25) and unauthorized use of a motor vehicle in the third degree (Penal Law § 165.05). She was enrolled in a drug court program and was promised that, if she completed the program, the charges would be adjourned in contemplation of dismissal. However, defendant failed to complete the program and, on January 22, 2014, she was sentenced to two concurrent terms of three years' probation. On May 7, 2014, defendant's sentences of probation were revoked, upon a finding that defendant had violated conditions thereof, upon her admission, and the City Court imposed sentences of two consecutive terms of one-year incarceration. 
Defendant did not appeal from the judgments of conviction rendered on January 22, 2014. Therefore, on this appeal from the amended judgments, she is foreclosed from challenging the propriety of the original judgments, including the validity of her pleas of guilty (see People v Sansone, 65 AD3d 636 [2009]; People v Trias, 50 AD3d 828 [2008]; People v Kristich, 36 Misc 3d 158[A], 2012 NY Slip Op 51406[U] [App Term, 2d Dept, 9th & 10th Jud Dists 2012]). Defendant's contention that the sentences of incarceration imposed by the City Court, upon a finding that defendant had violated conditions of probation, which she had admitted to, were excessive is academic because defendant has served her sentences and has been released from custody (see People v Nicholson, 31 AD3d 468 [2006]; People v Rainey, 50 Misc 3d 142[A], 2016 NY Slip Op 50207[U] [App Term, 2d Dept, 9th & 10th Jud Dists 2016]; People v Canada, 16 Misc 3d 132[A], 2007 NY Slip Op 51481[U] [App Term, 2d Dept, 9th & 10th Jud Dists 2007]).
Accordingly, the appeal is dismissed.
Iannacci, J.P., Marano and Tolbert, JJ., concur.
Decision Date: May 25, 2016